IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MELISSA SELLERS,<br>            Plaintiff,<br><br>    v.<br><br>FIRST ADVANTAGE BACKGROUND SERVICES,<br>            Defendant. | No: 1:22-cv-00927–MSN-IDD |

### ORDER

This matter comes before the Court on the parties' Joint Stipulation of Dismissal With Prejudice (Dkt. No. 18). Having considered the parties' stipulation, it is hereby

**ORDERED** that this action is **DISMISSED WITH PREJUDICE**.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is **SO ORDERED**.

/s/
_____
Hon. Michael S. Nachmanoff
United States District Judge

Alexandria, Virginia
April 19, 2023